In the Matter of the Claim of ALVIN J. VAN BUREN, Respondent, against HOWARD LOUCKS & SONS et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued February 9, 1932; decided March 3, 1932.)

*Clarence B. Tippett* for appellants.

*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin* of counsel), for respondent.

Order of Appellate Division reversed and claim dismissed, with costs in this court and in the Appellate Division against the State Industrial Board, on the ground that there is no evidence that the relation of employer and employee existed between the appellants and the claimant. (*Matter of Schweitzer* v. *Thompson & Norris Co.,* 229 N. Y. 97); no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: POUND and HUBBS, JJ.